# EXHIBIT C

# Willis Electric Co., Ltd.
# U.S. Patent No. 8,454,186
# Claim 15

Exemplary Evidence of Infringement by
King of Christmas Inc.

# 10. A lighted artificial tree, comprising:




*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree

## [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree King of Christmas")

**[10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,**






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree King of Christmas")

## [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,




*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;

## Step by Step Guide to Assembling Your Power Pole

The assembly of your King of Christmas tree takes only a few simple steps!

*Step 1*: Select where you want your tree to be assembled. Make sure it is near a power source and on a level surface.

*Step 2*: Locate the folding metal tree stand and assemble it by separating its legs to form an 'X' shape. Ensure that th eye bolt is partially placed into the stand opening, while still allowing room for the tree pole to enter.

*For Pre-Lit Trees*: Take care not to unplug/plug any of the wires within the tree sections as they are pre-strung and connected directly to the power pole.

Insert section 'A' into the stand. Do not force the pole; it will slide seamlessly into place.

To secure the tree section, make sure that the pole is straight, and then tighten the stand's eye bolt until contact is made with the pole.

If the tree section is not sitting straight, loosen the eye-bolt to adjust the pole accordingly, and then retighten.

Ensure that the connections between the tree, foot pedal, and wall adapter are secure. Proceed to plug the cord (which is attached to section 'A') directly into an outlet and then press the foot pedal to turn on the lights. This will cause the lights on the bottom section to illuminate.

*Step 3*: Locate section 'B', and insert it into the center of tree section 'A'. Repeat this step with section 'C', and any sections that remain.




*Source*: https://www.kingofchristmas.com/blogs/blog/how-to-assemble-your-power-pole-for-beautiful-illumination?srsltid=AfmBOoqvEnpDFpx7vbJ50UbcJL5FlIZraMw1nPjFnG4HBOfgWxJwyc5V; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

## [10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;



*Source*: https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;

### Why choose a King of Christmas pre-lit Christmas tree?

A pre-lit Christmas tree offers effortless convenience with professionally installed lights designed for even coverage and long-lasting performance.

King of Christmas trees feature our integrated Power Pole system, allowing each section of the tree to connect automatically through the center pole. This eliminates the need to plug in multiple sections. Just stack the tree, plug in the base, and your tree lights up instantly. No complicated connections required.

Compared to **unlit artificial Christmas trees**, pre-lit Christmas trees offer a faster setup and more consistent lighting, making them a popular choice for those looking for convenience without sacrificing a beautifully decorated look.

King of Christmas pre-lit artificial Christmas trees ship free to your door anywhere in the contiguous USA. Plus, with our 2-year warranty, you can shop with confidence knowing your tree is covered for many seasons of holiday magic. Exclusions apply — final sale and clearance items are covered by a 90-day warranty.

*Source*: https://www.kingofchristmas.com/collections/artificial-christmas-trees

## [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,









*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,

Details

- 6.5 Feet Tall 60 Inches Wide (height includes tree stand)
- Pre-strung with Warm White & Multicolor Micro LED Light
- Offers 8 Lighting Modes, Timer, and Dimming Function
- Blend of Realistic and Classic Needles
- Handcrafted for Exceptional Detail
- Features a Power Pole for Quick and Easy Setup






*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

## [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and











Source: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas"); https://www.kingofchristmas.com/blogs/blog/innovative-features-and-technology-in-king-of-christmas-trees-elevating-your-holiday-experience?srsltid=AfmBOop4xzEzCGU7FE4V8lj6YBUlqMYrXRN0WH-kY2457KDm8DwFo4dt

# [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and

### Why choose a King of Christmas pre-lit Christmas tree?

A pre-lit Christmas tree offers effortless convenience with professionally installed lights designed for even coverage and long-lasting performance.

King of Christmas trees feature our integrated Power Pole system, allowing each section of the tree to connect automatically through the center pole. This eliminates the need to plug in multiple sections. Just stack the tree, plug in the base, and your tree lights up instantly. No complicated connections required.

Compared to **unlit artificial Christmas trees**, pre-lit Christmas trees offer a faster setup and more consistent lighting, making them a popular choice for those looking for convenience without sacrificing a beautifully decorated look.

King of Christmas pre-lit artificial Christmas trees ship free to your door anywhere in the contiguous USA. Plus, with our 2-year warranty, you can shop with confidence knowing your tree is covered for many seasons of holiday magic. Exclusions apply — final sale and clearance items are covered by a 90-day warranty.

*Source*: https://www.kingofchristmas.com/collections/artificial-christmas-trees

## [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and



*Source*: https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and

## Step by Step Guide to Assembling Your Power Pole

The assembly of your King of Christmas tree takes only a few simple steps!

*Step 1*: Select where you want your tree to be assembled. Make sure it is near a power source and on a level surface.

*Step 2*: Locate the folding metal tree stand and assemble it by separating its legs to form an 'X' shape. Ensure that th eye bolt is partially placed into the stand opening, while still allowing room for the tree pole to enter.

*For Pre-Lit Trees*: Take care not to unplug/plug any of the wires within the tree sections as they are pre-strung and connected directly to the power pole.

Insert section 'A' into the stand. Do not force the pole; it will slide seamlessly into place.

To secure the tree section, make sure that the pole is straight, and then tighten the stand's eye bolt until contact is made with the pole.

If the tree section is not sitting straight, loosen the eye-bolt to adjust the pole accordingly, and then retighten.

Ensure that the connections between the tree, foot pedal, and wall adapter are secure. Proceed to plug the cord (which is attached to section 'A') directly into an outlet and then press the foot pedal to turn on the lights. This will cause the lights on the bottom section to illuminate.

*Step 3*: Locate section 'B', and insert it into the center of tree section 'A'. Repeat this step with section 'C', and any sections that remain.




*Source*: https://www.kingofchristmas.com/blogs/blog/how-to-assemble-your-power-pole-for-beautiful-illumination?srsltid=AfmBOoqvEnpDFpx7vbJ50UbcJL5FlIZraMw1nPjFnG4HBOfgWxJwyc5V; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**



2

1



*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 (“How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas”)

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**



2

1



*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

## [10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,

### Step by Step Guide to Assembling Your Power Pole

The assembly of your King of Christmas tree takes only a few simple steps!

*Step 1*: Select where you want your tree to be assembled. Make sure it is near a power source and on a level surface.

*Step 2*: Locate the folding metal tree stand and assemble it by separating its legs to form an 'X' shape. Ensure that th eye bolt is partially placed into the stand opening, while still allowing room for the tree pole to enter.

*For Pre-Lit Trees*: Take care not to unplug/plug any of the wires within the tree sections as they are pre-strung and connected directly to the power pole.

Insert section 'A' into the stand. Do not force the pole; it will slide seamlessly into place.

To secure the tree section, make sure that the pole is straight, and then tighten the stand's eye bolt until contact is made with the pole.

If the tree section is not sitting straight, loosen the eye-bolt to adjust the pole accordingly, and then retighten.

Ensure that the connections between the tree, foot pedal, and wall adapter are secure. Proceed to plug the cord (which is attached to section 'A') directly into an outlet and then press the foot pedal to turn on the lights. This will cause the lights on the bottom section to illuminate.

*Step 3*: Locate section 'B', and insert it into the center of tree section 'A'. Repeat this step with section 'C', and any sections that remain.







*Source*: https://www.kingofchristmas.com/blogs/blog/how-to-assemble-your-power-pole-for-beautiful-illumination?srsltid=AfmBOoqvEnpDFpx7vbJ50UbcJL5FlIZraMw1nPjFnG4HBOfgWxJwyc5V; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,

### Why choose a King of Christmas pre-lit Christmas tree?

A pre-lit Christmas tree offers effortless convenience with professionally installed lights designed for even coverage and long-lasting performance.

King of Christmas trees feature our integrated Power Pole system, allowing each section of the tree to connect automatically through the center pole. This eliminates the need to plug in multiple sections. Just stack the tree, plug in the base, and your tree lights up instantly. No complicated connections required.

Compared to **unlit artificial Christmas trees**, pre-lit Christmas trees offer a faster setup and more consistent lighting, making them a popular choice for those looking for convenience without sacrificing a beautifully decorated look.

King of Christmas pre-lit artificial Christmas trees ship free to your door anywhere in the contiguous USA. Plus, with our 2-year warranty, you can shop with confidence knowing your tree is covered for many seasons of holiday magic. Exclusions apply — final sale and clearance items are covered by a 90-day warranty.

### Set-Up Guide

Shaping LED Set-up



**Easy Set-Up**

Begin by placing the bottom section (Section A) into the tree stand, then plug the foot pedal into a wall outlet.



**Powerpole**

Begin by placing the bottom section (Section A) into the tree stand, then plug the foot pedal into a wall outlet.

*Source*: https://www.kingofchristmas.com/collections/artificial-christmas-trees; https://www.kingofchristmas.com/pages/buyers-guide

**[10.f] thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion within an interior of the lighted artificial tree,**



2

1



*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# [10.f] thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion within an interior of the lighted artificial tree,

### Step by Step Guide to Assembling Your Power Pole

The assembly of your King of Christmas tree takes only a few simple steps!

*Step 1*: Select where you want your tree to be assembled. Make sure it is near a power source and on a level surface.

*Step 2*: Locate the folding metal tree stand and assemble it by separating its legs to form an 'X' shape. Ensure that th eye bolt is partially placed into the stand opening, while still allowing room for the tree pole to enter.

*For Pre-Lit Trees*: Take care not to unplug/plug any of the wires within the tree sections as they are pre-strung and connected directly to the power pole.

Insert section 'A' into the stand. Do not force the pole; it will slide seamlessly into place.

To secure the tree section, make sure that the pole is straight, and then tighten the stand's eye bolt until contact is made with the pole.

If the tree section is not sitting straight, loosen the eye-bolt to adjust the pole accordingly, and then retighten.

Ensure that the connections between the tree, foot pedal, and wall adapter are secure. Proceed to plug the cord (which is attached to section 'A') directly into an outlet and then press the foot pedal to turn on the lights. This will cause the lights on the bottom section to illuminate.

*Step 3*: Locate section 'B', and insert it into the center of tree section 'A'. Repeat this step with section 'C', and any sections that remain.







*Source*: https://www.kingofchristmas.com/blogs/blog/how-to-assemble-your-power-pole-for-beautiful-illumination?srsltid=AfmBOoqvEnpDFpx7vbJ50UbcJL5FlIZraMw1nPjFnG4HBOfgWxJwyc5V; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

**[10.f] thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion within an interior of the lighted artificial tree,**



*Source*: https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

## [10.g] the electrical connection being made independent of the rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.









Source: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas"); https://www.kingofchristmas.com/blogs/blog/innovative-features-and-technology-in-king-of-christmas-trees-elevating-your-holiday-experience?srsltid=AfmBOop4xzEzCGU7FE4V8lj6YBUlqMYrXRN0WH-kY2457KDm8DwFo4dt

## [10.g] the electrical connection being made independent of the rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.



2

1



*Source*: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas")

# 15. The lighted artificial tree of claim 10, wherein the trunk connectors of the first and second tree portions form coaxial trunk connectors.



Source: https://www.kingofchristmas.com/products/6-5-foot-cypress-spruce-tree-led?utm_source=lantern&utm_campaign=find-the-perfect-christmas-tree; https://www.youtube.com/watch?v=FU5mCG1rpj8 ("How to Use the Power Pole in Your Artificial Christmas Tree | King of Christmas"); https://www.kingofchristmas.com/blogs/blog/innovative-features-and-technology-in-king-of-christmas-trees-elevating-your-holiday-experience?srsltid=AfmBOop4xzEzCGU7FE4V8lj6YBUlqMYrXRN0WH-kY2457KDm8DwFo4dt