AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Willis Electric Co., Ltd.

*Plaintiff(s)*

v.

King of Christmas Inc.

*Defendant(s)*

Civil Action No. 1:26-cv-25628-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* King of Christmas Inc.
By service on last known officer:
David Lakein
2045 Biscayne Blvd., #115
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul O. Lopez (Fla. Bar No. 983314)
Tripp Scott, P.A.
110 SE Sixth Street, 15th Floor
Fort Lauderdale, LF 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Aug 19, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts